JOSEPH PAGE ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF SOUTHINGTON ET AL.

It appearing that the defendants Joseph J. Repczynski and Caroline Chudzinski in the above-entitled action have failed to prosecute their appeal from the Court of Common Pleas in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless they file their brief on or before March 19, 1968.

*John V. Zisk, Jr.,* for the appellants (defendant Repczynski et al.).

Argued March 5—decided March 5, 1968

STATE OF CONNECTICUT *v.* RUSSELL M. WHITNEY

The motion by the state to dismiss the appeal from the Superior Court in Fairfield County is granted unless the defendant files his brief on or before April 2, 1968.

*Arlen D. Nickowitz,* assistant state's attorney, for the appellee (state).

*John D. Salling,* for the appellant (defendant).

Argued March 5—decided March 5, 1968

STATE OF CONNECTICUT *v.* MILDRED FISHMAN

The motion by the state to dismiss the appeal from the Superior Court in Fairfield County is granted unless the defendant files her brief on or before April 30, 1968.

*Arlen D. Nickowitz,* assistant state's attorney, for the appellee (state).

*John D. Salling,* for the appellant (defendant).

Argued March 5—decided March 5, 1968